UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN CARLOS GIL,

     Plaintiff,

v.                                                                         Case No: 8:19-cv-618-T-36SPF

CITY OF SARASOTA, FLORIDA,

     Defendant.

_____/

**O R D E R**

This matter comes before the Court *sua sponte*. Pursuant to 28 U.S.C. §455(a), the undersigned finds that she must recuse herself from this matter, so as to avoid even the appearance of partiality or impropriety. Lead counsel for Plaintiff is the undersigned's cousin.

Accordingly, it is therefore ORDERED that the undersigned hereby disqualifies herself from these proceedings, pursuant to 28 U.S.C. §455(a). The Clerk shall reassign this case to the next available District Judge.

**DONE AND ORDERED** in Tampa, Florida on May 2, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
United States Magistrate Judge
Counsel of Record
Unrepresented parties
Intake
MAGCD
DCCD